IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL M. CASTILLO and MARY R. CASTILLO, Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 3:13-CV-4554-M |
| BENEFICIAL FINANCIAL I INC., Defendant. | § § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion for Summary Judgment*, filed September 16, 2016 (doc. 32), is **DENIED**.

SIGNED this 31 day of May, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE